**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Miracle Restaurants, LLC** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Dickey's Barbeque Pit**<br>**DBA  Dickey's Barbeque Pit 1163** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-3756511** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1056 West Avenue K**<br>**Lancaster, CA 93534** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**      **https://www.dickeys.com/locations/California/Lancaster**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____



Debtor    **Miracle Restaurants, LLC**                                   Case number (if known)
_____
Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__**2511**__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

*JB*

Debtor    Miracle Restaurants, LLC                                                    Case number (*if known*)
          _____
          Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other    _____

Where is the property?    **1056 West Avenue K**
                          **Lancaster, CA, 93534-0000**
                          Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☑ Yes.    Insurance agency    **Liberty Mutual Insurnance**

          Contact name    **Steven B. Marvin**

          Phone    **661-942-1101**

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Miracle Restaurants, LLC**
Name                                                    Case number (*if known*)

---

Request for Relief, Declaration, and Signatures

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2020**
                MM / DD / YYYY

X _____          **Jamie Bynum**
Signature of authorized representative of debtor    Printed name

Title    **Chief Executive Officer**

---

**18. Signature of attorney**

X _____          Date    **November 30, 2020**
Signature of attorney for debtor                     MM / DD / YYYY

**Mark T. Young**
Printed name

**Donahoe Young & Williams LLP**
Firm name

**25152 Springfield Court, Ste. 345**
**Valencia, CA 91355-1081**
Number, Street, City, State & ZIP Code

Contact phone    **661-259-9000**    Email address    **myoung@dywlaw.com**

**89951 CA**
Bar number and State

463756511 11/04/2020 9:36 AM

| Form **1120-S** | | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information. | | **2019** |

For calendar year 2019 or tax year beginning _____, ending _____

| | | | | | |
|---|---|---|---|---|---|
| **A** S election effective date 01/01/18 | **TYPE OR PRINT** | Name Miracle Restaurants LLC Dickeys Barbeque Pit 1163 | | **D** Employer identification number 46-3756511 | |
| **B** Business activity code number (see instructions) 722513 | | Number, street, and room or suite no. If a P.O. box, see instructions. 1653 Roywood Dr | | **E** Date incorporated 06/18/2007 | |
| **C** Check if Sch. M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code Lancaster          CA 93535 | | **F** Total assets (see instructions) $ 203,750 | |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ **1**

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | | **1a** 1,060,083 | |
| | **b** Returns and allowances | | **1b** | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 1,060,083 |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 433,521 |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 626,562 |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| | **5** Other income (loss) (see instructions—attach statement) | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 ▶ | | **6** | 626,562 |
| **Deductions (see instructions for limitations)** | **7** Compensation of officers (see instructions—attach Form 1125-E) | | **7** | |
| | **8** Salaries and wages (less employment credits) | | **8** | 194,198 |
| | **9** Repairs and maintenance | | **9** | 4,790 |
| | **10** Bad debts | | **10** | |
| | **11** Rents | | **11** | 109,530 |
| | **12** Taxes and licenses | | **12** | 21,468 |
| | **13** Interest (see instructions) | | **13** | 5,433 |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 37,073 |
| | **15** Depletion (**Do not deduct oil and gas depletion.**) | | **15** | |
| | **16** Advertising | | **16** | 21,619 |
| | **17** Pension, profit-sharing, etc., plans | | **17** | |
| | **18** Employee benefit programs | | **18** | |
| | **19** Other deductions (attach statement)                See Stmt 1 | | **19** | 195,856 |
| | **20** **Total deductions.** Add lines 7 through 19 ▶ | | **20** | 589,967 |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 | | **21** | 36,595 |
| **Tax and Payments** | **22a** Excess net passive income or LIFO recapture tax (see instructions) | **22a** | | |
| | **b** Tax from Schedule D (Form 1120-S) | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) | | **22c** | |
| | **23a** 2019 estimated tax payments and 2018 overpayment credited to 2019 | **23a** | | |
| | **b** Tax deposited with Form 7004 | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | |
| | **d** Reserved for future use | **23d** | | |
| | **e** Add lines 23a through 23d | | **23e** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | **24** | |
| | **25** Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | **25** | |
| | **26** Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** Enter amount from line 26: **Credited to 2020 estimated tax** ▶              Refunded ▶ | | **27** | |

| | | |
|---|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
| | Signature of officer  Jamie Bynum          Date | Title  Managing Member |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Print/Type preparer's name Barbara D Clark, EA | Preparer's signature Barbara D Clark, EA | Date 11/04/20 | Check ☐ if self-employed | PTIN P00178395 | |
| | Firm's name ▶ Accurate Bookkeeping & Tax, Inc. | | | Firm's EIN ▶ 20-4241690 | | |
| | Firm's address ▶ 44804 10th St W Lancaster, CA          93534 | | | Phone no. 661-945-0211 | | |

For Paperwork Reduction Act Notice, see separate instructions.          Form **1120-S** (2019)

DAA

463756511 11/04/2020 9:36 AM

| Form 1120-S (2019) | Miracle Restaurants LLC | | 46-3756511 | | | Page 2 |
|---|---|---|---|---|---|---|

**Schedule B**     Other Information (see instructions)

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1 | Check accounting method:    a ☒ Cash    b ☐ Accrual     c ☐ Other (specify) ▶ | | | | |

2  See the instructions and enter the:

    a Business activity ▶ Service            b Product or service ▶ Food Service

| | | Yes | No |
|---|---|---|---|
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i)  Total shares of restricted stock    ▶ | | |
| | (ii) Total shares of non-restricted stock    ▶ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i)  Total shares of stock outstanding at the end of the tax year    ▶ | | |
| | (ii) Total shares of stock outstanding if all instruments were executed    ▶ | | |
| 6 | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount    ▶ ☐ | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions    ▶   $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 11 | Does the corporation satisfy both of the following conditions? | | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form **1120-S** (2019)

DAA

463756511 11/04/2020 9:36 AM

| Form 1120-S (2019) | **Miracle Restaurants LLC** | 46-3756511 | | Page 3 |
|---|---|---|---|---|

| **Schedule B** | **Other Information** (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | X |
| 14a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? | | | |
| b | If "Yes," did the corporation file or will it file required Forms 1099? | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| | If "Yes," enter the amount from Form 8996, line 14 ▶ $ | | | |

| | **Schedule K** | **Shareholders' Pro Rata Share Items** | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 36,595 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) ........... 3a | | |
| | b | Expenses from other rental activities (attach statement) ...... 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | |
| | 5 | Dividends: **a** Ordinary dividends | 5a | |
| | | **b** Qualified dividends ................ 5b | | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b | Collectibles (28%) gain (loss) .............. 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) ........ 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | -169,619 |
| | 10 | Other income (loss) (see instructions) ......... Type ▶ | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Charitable contributions | 12a | |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures **(1)** Type ▶ **(2)** Amount ▶ | 12c(2) | |
| | d | Other deductions (see instructions) ......... Type ▶ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions)   Type ▶ | 13d | |
| | e | Other rental credits (see instructions) ......... Type ▶ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions) ......... Type ▶ | 13g | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 14b | |
| | c | Gross income sourced at shareholder level | 14c | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Reserved for future use | 14d | |
| | e | Foreign branch category | 14e | |
| | f | Passive category | 14f | |
| | g | General category | 14g | |
| | h | Other (attach statement) | 14h | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | i | Interest expense | 14i | |
| | j | Other | 14j | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k | Reserved for future use | 14k | |
| | l | Foreign branch category | 14l | |
| | m | Passive category | 14m | |
| | n | General category | 14n | |
| | o | Other (attach statement) | 14o | |
| | | Other information | | |
| | p | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued ▶ | 14p | |
| | q | Reduction in taxes available for credit (attach statement) | 14q | |
| | r | Other foreign tax information (attach statement) | | |

DAA
Form **1120-S** (2019)

463756511 11/04/2020 9:36 AM

| Form 1120-S (2019) | **Miracle Restaurants LLC** | | 46-3756511 | | | Page 4 |
|---|---|---|---|---|---|---|

## Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | | | | Total amount |
|---|---|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | 11,507 |
| | b Adjusted gain or loss | 15b | -9,145 |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties – gross income | 15d | |
| | e Oil, gas, and geothermal properties – deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Distributions (attach statement if required) (see instructions) | 16d | 219,845 |
| | e Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| **Reconciliation** | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | -133,024 |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 29,867 | | 2,569 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 692,746 | | 409,282 | |
| b | Less accumulated depreciation | ( 315,946 ) | 376,800 | ( 208,101 ) | 201,181 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 406,667 | | 203,750 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) Stmt 2 | | 53,250 | | 94,624 |
| 19 | Loans from shareholders | | 24,803 | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 307,036 | | 453,292 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 8,928 | | -343,941 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 394,017 | | 203,975 |

Form **1120-S** (2019)

DAA

463756511 11/04/2020 9:36 AM

Form 1120-S (2019)  **Miracle Restaurants LLC**                46-3756511                Page **5**

**Schedule M-1**   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -133,024 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest  $ ........................ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| a | Depreciation  $ ........................ | | a | Depreciation  $ ........................ | |
| b | Travel and entertainment  $ ........................ | | | ........................ | |
| | ........................ | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | -133,024 | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | -133,024 |

**Schedule M-2**   Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | 8,928 | | | |
| 2 | Ordinary income from page 1, line 21 | 36,595 | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | ( | | | |
| 5 | Other reductions          Stmt 3 | ( 169,619) | | | ( ) |
| 6 | Combine lines 1 through 5 | -124,096 | | | |
| 7 | Distributions | 8,928 | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -133,024 | | | |

Form **1120-S** (2019)

DAA

463756511 11/04/2020 9:36 AM

| Form **1125-A** | **Cost of Goods Sold** | OMB No. 1545-0123 |
|---|---|---|

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

| Name | Employer identification number |
|---|---|
| Miracle Restaurants LLC | 46-3756511 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 433,521 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 433,521 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 433,521 |

9a Check all methods used for valuing closing inventory:

    (i) ☐ Cost

    (ii) ☐ Lower of cost or market

    (iii) ☐ Other (Specify method used and attach explanation.) ▶

b Check if there was a writedown of subnormal goods ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

d If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |

e If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☒ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☒ No

For Paperwork Reduction Act Notice, see instructions.

Form **1125-A** (Rev. 11-2018)

DAA

463756511 11/04/2020 9:36 AM

671119

| | Final K-1 | | Amended K-1 | | OMB No. 1545-0123 |

| Schedule K-1 | **2019** | **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
| (Form 1120-S) | For calendar year 2019, or tax year | |
| Department of the Treasury Internal Revenue Service | | 1 | Ordinary business income (loss) | 13 | Credits |
| | | | 36,595 | |
| beginning _____ ending _____ | | 2 | Net rental real estate income (loss) | |

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ **See back of form and separate instructions.**

| | | 3 | Other net rental income (loss) | |
| **Part I** | **Information About the Corporation** | 4 | Interest income | |
| A | Corporation's employer identification number | 5a | Ordinary dividends | |
| | 46-3756511 | | |
| B | Corporation's name, address, city, state, and ZIP code | 5b | Qualified dividends | 14 | Foreign transactions |
| | Miracle Restaurants LLC | | |
| | Dickeys Barbeque Pit 1163 | 6 | Royalties | |
| | 1653 Roywood Dr | |
| | Lancaster      CA   93535 | 7 | Net short-term capital gain (loss) | |
| C | IRS Center where corporation filed return | 8a | Net long-term capital gain (loss) | |
| | e-file | |
| **Part II** | **Information About the Shareholder** | 8b | Collectibles (28%) gain (loss) | |
| D | Shareholder's identifying number | 8c | Unrecaptured section 1250 gain | |
| | | |
| E | Shareholder's name, address, city, state, and Z P code | 9 | Net section 1231 gain (loss) | |
| | Jamie A Bynum | | −169,619 | |
| | 1653 Roywood Dr | 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | | | A | 11,507 |
| | Lancasster      CA   93535 | | | B | −9,145 |
| F | Shareholder's percentage of stock ownership for tax year ........................... 100.000000 % | | |
| | | 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | | | D | 219,845 |
| | | 12 | Other deductions | |
| | | 17 | Other information | |
| | | 18 | More than one activity for at-risk purposes* |
| | | 19 | More than one activity for passive activity purposes* |
| | | | * See attached statement for additional information. |

For IRS Use Only

463756511 11/04/2020 9:36 AM

| Form **4797** | **Sales of Business Property** (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) ▶ Attach to your tax return. ▶ Go to *www.irs.gov/Form4797* for instructions and the latest information. | OMB No. 1545-0184 **2019** Attachment Sequence No. 27 |
|---|---|---|

Department of the Treasury
Internal Revenue Service

| Name(s) shown on return | Identifying number |
|---|---|
| Miracle Restaurants LLC | 46-3756511 |

1　Enter the gross proceeds from sales or exchanges reported to you for 2019 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions ........................ | **1** |

**Part I**　Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year (see instructions)

| 2 (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| Liquidaton of Palmdale Location | | | | | | |
| Various | 08/01/19 | | 5,000 | 107,845 | 282,464 | -169,619 |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 3 | Gain, if any, from Form 4684, line 39 .......................................................... | **3** | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 ........................ | **4** | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ........................... | **5** | |
| 6 | Gain, if any, from line 32, from other than casualty or theft ..................................... | **6** | |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | **7** | -169,619 |

Partnerships and S corporations. Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

Individuals, partners, S corporation shareholders, and all others. If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| | | | |
|---|---|---|---|
| 8 | Nonrecaptured net section 1231 losses from prior years. See instructions .......................... | **8** | |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions ......................................... | **9** | |

**Part II**　Ordinary Gains and Losses (see instructions)

10　Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| 11 | Loss, if any, from line 7 ...................................................................... | **11** ( | ) |
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable ..................................... | **12** | |
| 13 | Gain, if any, from line 31 ..................................................................... | **13** | |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a .......................................... | **14** | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 .............................. | **15** | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 ............................... | **16** | |
| 17 | Combine lines 10 through 16 .................................................................. | **17** | |
| 18 | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| a | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040 or Form 1040-SR), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions .................... | **18a** | |
| b | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040 or Form 1040-SR), Part I, line 4 ............................................ | **18b** | |

For Paperwork Reduction Act Notice, see separate instructions.　　　　　　　　　　　　　　　Form **4797** (2019)

There are no amounts for Page 2

DAA

463756511  Miracle Restaurants LLC                                          11/4/2020  9:35 AM
46-3756511                    **Federal Statements**
FYE: 12/31/2019

### Statement 1 - Form 1120-S, Page 1, Line 19 - Other Deductions

| Description | Amount |
|---|---|
| Accounting  Expense | $       6,516 |
| Automobile  Expense | 8,633 |
| Bank Fee Expense | 10,177 |
| Casual  Labor | 20,455 |
| Computer  Expense | 2,349 |
| Credit Card Discount | 19,217 |
| Donations | 1,900 |
| Dues  &  Subscriptions | 1,023 |
| Equipment  Lease | 4,170 |
| Insurance  Expense | 20,593 |
| Insurance – Worker's Comp. | 5,644 |
| Legal  &  Professional  Expense | 5,139 |
| Office  Supplies | 1,240 |
| Promotional | 919 |
| Supplies  Expense | 21,102 |
| Telephone  Expenses | 8,456 |
| Travel  Expense | 954 |
| Uniforms | 266 |
| Utilities | 38,714 |
| Franchise  Fees | 18,164 |
| Equipment  Rentals | 225 |
| Total | $     195,856 |

### Statement 2 - Form 1120-S, Page 4, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| State Tax Payable | $     53,250 | $     94,624 |
| Total | $     53,250 | $     94,624 |

### Statement 3 - Form 1120-S, Page 5, Schedule M-2, Line 5(a) - Other Reductions

| Description | Amount |
|---|---|
| Net Section 1231 Loss | $     169,619 |
| Total | $     169,619 |

1-3

| 463756511 Miracle Restaurants LLC | | | | | | | | 11/04/2020  9:35 AM | |
| 46-3756511 | | **Federal Asset Report** | | | | | | | |
| FYE: 12/31/2019 | | **Form 1120-S, Page 1** | | | | | | | |

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 Bonus | Basis for Depr | Per | Conv Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|
| **Prior MACRS:** | | | | | | | | | | |
| 1 | Furniture | 6/25/16 | 2,805 | | X | 1,402 | 7 | HY 200DB | 2,805 | 0 |
| | Mass Sale: 8/01/19 | | | | | | | | | |
| 4 | Equipment | 7/01/14 | 173,093 | | X | 86,546 | 7 | HY 200DB | 119,028 | 21,626 |
| 5 | Equipment | 6/01/15 | 64,384 | | X | 32,192 | 7 | HY 200DB | 64,384 | 0 |
| | Mass Sale: 8/01/19 | | | | | | | | | |
| 8 | Smoker | 6/01/15 | 19,500 | | X | 9,750 | 7 | HY 200DB | 19,500 | 0 |
| | | | 259,782 | | | 129,890 | | | 205,717 | 21,626 |
| | | | | | | | | | | |
| **Other Depreciation:** | | | | | | | | | | |
| 2 | Buildout - Leasehold Lancaster | 7/01/14 | 183,362 | | | 183,362 | 20 | MO S/L | 41,525 | 9,168 |
| 3 | Build-out | 6/01/15 | 215,275 | | | 215,275 | 20 | MO S/L | 34,377 | 6,279 |
| | Mass Sale: 8/01/19 | | | | | | | | | |
| 6 | Leasehold - Hood | 6/01/15 | 25,314 | | | 25,314 | 7 | MO S/L | 25,314 | 0 |
| 7 | Leasehold Freezer | 6/01/15 | 9,013 | | | 9,013 | 7 | MO S/L | 9,013 | 0 |
| | **Total Other Depreciation** | | 432,964 | | | 432,964 | | | 110,229 | 15,447 |
| | | | | | | | | | | |
| | **Total ACRS and Other Depreciation** | | 432,964 | | | 432,964 | | | 110,229 | 15,447 |
| | | | | | | | | | | |
| | **Grand Totals** | | 692,746 | | | 562,854 | | | 315,946 | 37,073 |
| | **Less: Dispositions and Transfers** | | 282,464 | | | 248,869 | | | 101,566 | 6,279 |
| | **Less: Start-up/Org Expense** | | 0 | | | 0 | | | 0 | 0 |
| | **Net Grand Totals** | | 410,282 | | | 313,985 | | | 214,380 | 30,794 |

463756511  Miracle Restaurants LLC                                    11/4/2020  9:35 AM
46-3756511                    **Federal Statements**
FYE: 12/31/2019

---

### Form 1120-S, Page 1, Line 1a - Gross Receipts or Sales

| Description | Amount |
|---|---|
| Sales | $ 1,060,083 |
| Total | $ 1,060,083 |

### Form 1120-S, Page 1, Line 12 - Taxes and Licenses

| Description | Amount |
|---|---|
| Payroll Tax Expense | $ 19,503 |
| License Expense | 1,965 |
| Total | $ 21,468 |

### Form 1120-S, Page 1, Line 13 - Interest

| Description | Amount |
|---|---|
| Interest Expense | $ 5,433 |
| Total | $ 5,433 |

### Form 1120-S, Page 3, Schedule K, Line 4 - Interest Income

| Description | Amount |
|---|---|
| Interest Income | $ |
| Total | $ 0 |

### Form 1120-S, Page 4, Schedule L, Line 20 - Mortgages, Notes, Bonds Payable in One Year or More

| Description | Beginning of Year | End of Year |
|---|---|---|
| Loans | $ 307,036 | $ 453,292 |
| Total | $ 307,036 | $ 453,292 |

## Small Business Cash Flow Projection
### Miracle Restaurants, LLC

Starting date: Jan-20
Cash balance alert minimum:

| | Beginning | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash on hand (beginning of month) | | 13,676 | 9,129 | 8,063 | 22,852 | 45,693 | 101,852 | 96,602 | 99,895 | 84,388 | 84,137 | 69,621 | 69,621 | |

| CASH RECEIPTS | | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash sales | | 65,863 | 77,686 | 101,834 | 97,466 | 146,286 | 99,542 | 128,951 | 114,030 | 104,508 | 113,797 | | | 1,049,963 |
| Returns and allowances | | | | | | | | | | | | | | 0 |
| Collections on accounts receivable | | | | | | | | | | | | | | 0 |
| Interest, other income | | | | | | | | | | | | | | 0 |
| Payroll Protection Program | | | | | | 25,600 | | | | | | | | 25,600 |
| Owner contributions | | | | | | | | | | | | | | 0 |
| TOTAL CASH RECEIPTS | | 65,863 | 77,686 | 101,834 | 97,466 | 171,886 | 99,542 | 128,951 | 114,030 | 104,508 | 113,797 | 0 | 0 | 1,075,563 |
| Total cash available | 0 | 79,539 | 86,815 | 109,897 | 120,318 | 217,579 | 201,394 | 225,553 | 213,925 | 188,896 | 197,934 | 69,621 | 69,621 | |

| CASH PAID OUT | | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounting | | 265 | 1,082 | 1,305 | 367 | 371 | 373 | 431 | 1,673 | 821 | 1,533 | | | 8,221 |
| Advertising | | 2,553 | 1,165 | 1,974 | 1,397 | 796 | 1,839 | 2,447 | 4,243 | 2,519 | 2 | | | 18,935 |
| Auto Expense | | 345 | 6,690 | 494 | 212 | 9,579 | 1,707 | 458 | 321 | 53 | 344 | | | 20,203 |
| Bank Fees | | 592 | 320 | 786 | 432 | 735 | 520 | 442 | 565 | 541 | 398 | | | 5,331 |
| Computer Expense | | 499 | 239 | 238 | 387 | 235 | 209 | 199 | 202 | 219 | 199 | | | 2,626 |
| Merchant Fees | | 1,561 | 2,089 | 1,419 | 1,774 | 1,402 | 1,747 | 1,700 | 1,405 | 1,103 | 1,210 | | | 15,410 |
| Donations and Sponsorships | | | | 24 | | | 465 | | | | 2,008 | | | 2,497 |
| Dues and Subscriptions | | 20 | 20 | 20 | 20 | 147 | 20 | 155 | 20 | | 0 | | | 422 |
| Franchise Fees | | 83 | 4,728 | 2,668 | 2,444 | 2,216 | 2,411 | 4,678 | 6,265 | 6,161 | 9,346 | | | 41,000 |
| Insurance | | 629 | 2,522 | 1,381 | 1,306 | 1,523 | 1,117 | 1,457 | 2,219 | 1,748 | 6,880 | | | 20,782 |
| Legal and Professional | | | | 500 | 200 | 541 | | | 13,200 | | | | | 14,441 |
| Licenses and Permits | | 1,486 | | | | | | | | 445 | | | | 1,931 |
| Office Expenses | | 179 | 103 | 461 | 661 | 623 | 340 | 684 | 389 | 537 | 390 | | | 4,367 |
| Purchases (COGS) | | 14,561 | 16,706 | 27,118 | 31,585 | 42,903 | 41,122 | 37,933 | 36,507 | 39,769 | 42,089 | | | 330,353 |
| Rent or Lease | | 8,400 | 8,400 | 8,400 | | 15,400 | 8,800 | 8,400 | 9,000 | | 6,515 | | | 73,315 |
| Repairs and Maintenance | | 155 | 20 | 1,055 | 322 | 973 | 2,458 | 2,031 | 2,180 | 103 | 2,302 | | | 11,599 |
| Supplies (not in COGS) | | 783 | 6,706 | 892 | 450 | 462 | 2,512 | 1,889 | 391 | 218 | 1,617 | | | 15,920 |
| Taxes and licenses | | 5,037 | 4,902 | 9,946 | 4,097 | 5,030 | 5,228 | 7,402 | 5,907 | 10,516 | 6,878 | | | 64,943 |
| Telephone and Communications | | 170 | 453 | 317 | 1,062 | 271 | 623 | 755 | 273 | 44 | 502 | | | 4,470 |
| Travel | | | 239 | | | 128 | 521 | | | | | | | 888 |
| Uniforms | | | | | | | | | | | | | | 0 |
| Utilities | | 573 | | 451 | 323 | 451 | 521 | 4,577 | 552 | 3,267 | 209 | | | 10,924 |
| Wages | | 15,075 | 13,756 | 11,856 | 12,539 | 15,116 | 16,698 | 23,878 | 18,326 | 21,155 | 20,504 | | | 168,903 |
| Promotional/Marketing | | | 81 | | | | 153 | 229 | | 81 | | | | 544 |
| Miscellaneous | | | | | | | | | | | | | | 0 |
| SUBTOTAL | | 52,966 | 70,221 | 71,365 | 59,578 | 98,902 | 89,384 | 99,745 | 104,083 | 88,855 | 102,926 | 0 | 0 | 838,025 |
| CASH PAID OUT | | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
| Loan principal payment | | | | | | | | | | | | | | 0 |
| Capital purchases | | | | | | | | | | | | | | 0 |
| Other startup costs | | | | | | | | | | | | | | 0 |
| Installment Payments | | 2,000 | 3,000 | 2,700 | 700 | 700 | 2,550 | | | 2,500 | 2,500 | | | 16,650 |
| Owners' withdrawal | | 15,444 | 5,531 | 12,980 | 14,347 | 16,125 | 12,858 | 25,913 | 25,454 | 13,404 | 22,887 | | | 164,943 |
| TOTAL CASH PAID OUT | | 70,410 | 78,752 | 87,045 | 74,625 | 115,727 | 104,792 | 125,658 | 129,537 | 104,759 | 128,313 | 0 | 0 | 1,019,618 |
| Cash on hand (end of month) | 0 | 9,129 | 8,063 | 22,852 | 45,693 | 101,852 | 96,602 | 99,895 | 84,388 | 84,137 | 69,621 | 69,621 | 69,621 | |

| OTHER OPERATING DATA | | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales volume (dollars) | | 69,896 | 75,865 | 90,433 | 100,301 | 134,787 | 109,360 | 12,388 | 125,052 | 130,548 | 131,418 | | | 980,048 |
| Accounts receivable balance | | | | | | | | | | | | | | 0 |
| Bad debt balance | | | | | | | | | | | | | | 0 |
| Inventory on hand | | | | | | | | | | | | | | 0 |
| Accounts payable balance | | | | | | | | | | | | | | 0 |
| Depreciation | | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 0 | 0 | 34,630 |



Combination chart showing Cash on Hand Minimum Alert and C

Cash balance alert minimum                    $0



ash Flow Projection is in this cell.

## Small Business Cash Flow Projection
## Miracle Restaurants, LLC

Starting date: Jan-20
Cash balance alert minimum:

| | Beginning | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash on hand (beginning of month) | | 13,676 | 9,129 | 8,063 | 22,852 | 45,693 | 101,852 | 96,602 | 99,895 | 84,388 | 84,137 | 69,621 | 69,621 | |
| **CASH RECEIPTS** | | | | | | | | | | | | | | |
| Cash sales | | 65,863 | 77,686 | 101,834 | 97,466 | 146,286 | 99,542 | 128,951 | 114,030 | 104,508 | 113,797 | | | 1,049,963 |
| Returns and allowances | | | | | | | | | | | | | | 0 |
| Collections on accounts receivable | | | | | | | | | | | | | | 0 |
| Interest, other income | | | | | | | | | | | | | | 0 |
| Payroll Protection Program | | | | | | 25,600 | | | | | | | | 25,600 |
| Owner contributions | | | | | | | | | | | | | | 0 |
| TOTAL CASH RECEIPTS | | 65,863 | 77,686 | 101,834 | 97,466 | 171,886 | 99,542 | 128,951 | 114,030 | 104,508 | 113,797 | 0 | 0 | 1,075,563 |
| Total cash available | 0 | 79,539 | 86,815 | 109,897 | 120,318 | 217,579 | 201,394 | 225,553 | 213,925 | 188,896 | 197,934 | 69,621 | 69,621 | |
| **CASH PAID OUT** | | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
| Accounting | | 265 | 1,082 | 1,305 | 367 | 371 | 373 | 431 | 1,673 | 821 | 1,533 | | | 8,221 |
| Advertising | | 2,553 | 1,165 | 1,974 | 1,397 | 796 | 1,839 | 2,447 | 4,243 | 2,519 | 2 | | | 18,935 |
| Auto Expense | | 345 | 6,690 | 494 | 212 | 9,579 | 1,707 | 458 | 321 | 53 | 344 | | | 20,203 |
| Bank Fees | | 592 | 320 | 786 | 432 | 735 | 520 | 442 | 565 | 541 | 398 | | | 5,331 |
| Computer Expense | | 499 | 239 | 238 | 387 | 235 | 209 | 199 | 202 | 219 | 199 | | | 2,626 |
| Merchant Fees | | 1,561 | 2,089 | 1,419 | 1,774 | 1,402 | 1,747 | 1,700 | 1,405 | 1,103 | 1,210 | | | 15,410 |
| Donations and Sponsorships | | | | 24 | | 465 | | | | | 2,008 | | | 2,497 |
| Dues and Subscriptions | | 20 | 20 | 20 | 20 | 147 | 20 | 155 | 20 | | | | | 422 |
| Franchise Fees | | 83 | 4,728 | 2,668 | 2,444 | 2,216 | 2,411 | 4,678 | 6,265 | 6,161 | 9,346 | | | 41,000 |
| Insurance | | 629 | 2,522 | 1,381 | 1,306 | 1,523 | 1,117 | 1,457 | 2,219 | 1,748 | 6,880 | | | 20,782 |
| Legal and Professional | | | | 500 | 200 | 541 | | | | 13,200 | | | | 14,441 |
| Licenses and Permits | | 1,486 | | | | | | | 445 | | | | | 1,931 |
| Office Expenses | | 179 | 103 | 461 | 661 | 623 | 340 | 684 | 389 | 537 | 390 | | | 4,367 |
| Purchases (COGS) | | 14,561 | 16,706 | 27,178 | 31,585 | 42,903 | 41,122 | 37,933 | 36,507 | 39,769 | 42,089 | | | 330,353 |
| Rent or Lease | | 8,400 | 8,400 | 8,400 | | 15,400 | 8,800 | 8,400 | 9,000 | 6,515 | | | | 73,315 |
| Repairs and Maintenance | | 155 | 20 | 1,055 | 322 | 973 | 2,458 | 2,031 | 2,180 | 103 | 2,302 | | | 11,599 |
| Supplies (not in COGS) | | 783 | 6,706 | 892 | 450 | 462 | 2,512 | 1,889 | 391 | 218 | 1,617 | | | 15,920 |
| Taxes and licenses | | 5,037 | 4,902 | 9,946 | 4,097 | 5,030 | 5,228 | 7,402 | 5,907 | 10,516 | 6,878 | | | 64,943 |
| Telephone and Communications | | 170 | 453 | 317 | 1,062 | 271 | 623 | 755 | 273 | 44 | 502 | | | 4,470 |
| Travel | | | 239 | | | 128 | 521 | | | | | | | 888 |
| Uniforms | | | | | | | | | | | | | | 0 |
| Utilities | | 573 | | 451 | 323 | 451 | 521 | 4,577 | 552 | 3,267 | 209 | | | 10,924 |
| Wages | | 15,075 | 13,756 | 11,856 | 12,539 | 15,116 | 16,698 | 23,878 | 18,326 | 21,155 | 20,504 | | | 168,903 |
| Promotional/Marketing | | | 81 | | | | 153 | 229 | | | 81 | | | 544 |
| Miscellaneous | | | | | | | | | | | | | | 0 |
| SUBTOTAL | | 52,966 | 70,221 | 71,365 | 59,578 | 98,902 | 89,384 | 99,745 | 104,083 | 88,855 | 102,926 | 0 | 0 | 838,025 |
| **CASH PAID OUT** | | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
| Loan principal payment | | | | | | | | | | | | | | 0 |
| Capital purchases | | | | | | | | | | | | | | 0 |
| Other startup costs | | | | | | | | | | | | | | 0 |
| Installment Payments | | 2,000 | 3,000 | 2,700 | 700 | 700 | 2,550 | | | 2,500 | 2,500 | | | 16,650 |
| Owners' withdrawal | | 15,444 | 5,531 | 12,980 | 14,347 | 16,125 | 12,858 | 25,913 | 25,454 | 13,404 | 22,887 | | | 164,943 |
| TOTAL CASH PAID OUT | | 70,410 | 78,752 | 87,045 | 74,625 | 115,727 | 104,792 | 125,658 | 129,537 | 104,759 | 128,313 | 0 | 0 | 1,019,618 |
| Cash on hand (end of month) | 0 | 9,129 | 8,063 | 22,852 | 45,693 | 101,852 | 96,602 | 99,895 | 84,388 | 84,137 | 69,621 | 69,621 | 69,621 | |
| **OTHER OPERATING DATA** | | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
| Sales volume (dollars) | | 69,896 | 75,865 | 80,433 | 100,301 | 134,787 | 109,360 | 12,388 | 125,052 | 130,548 | 131,418 | | | 980,048 |
| Accounts receivable balance | | | | | | | | | | | | | | 0 |
| Bad debt balance | | | | | | | | | | | | | | 0 |
| Inventory on hand | | | | | | | | | | | | | | 0 |
| Accounts payable balance | | | | | | | | | | | | | | 0 |
| Depreciation | | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 0 | 0 | 34,630 |

## Small Business Cash Flow Projection
## Miracle Restaurants, LLC

Starting date: Jan-20
Cash balance alert minimum:

| | Beginning | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash on hand (beginning of month) | | 13,676 | 9,129 | 8,063 | 22,852 | 45,693 | 101,852 | 96,602 | 99,895 | 84,388 | 84,137 | 69,621 | 69,621 | |

| CASH RECEIPTS | | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash sales | | 65,863 | 77,686 | 101,834 | 97,466 | 146,286 | 99,542 | 128,951 | 114,030 | 104,508 | 113,797 | | | 1,049,963 |
| Returns and allowances | | | | | | | | | | | | | | 0 |
| Collections on accounts receivable | | | | | | | | | | | | | | 0 |
| Interest, other income | | | | | | | | | | | | | | 0 |
| Payroll Protection Program | | | | | | 25,600 | | | | | | | | 25,600 |
| Owner contributions | | | | | | | | | | | | | | 0 |
| TOTAL CASH RECEIPTS | | 65,863 | 77,686 | 101,834 | 97,466 | 171,886 | 99,542 | 128,951 | 114,030 | 104,508 | 113,797 | 0 | 0 | 1,075,563 |
| Total cash available | 0 | 79,539 | 86,815 | 109,897 | 120,318 | 217,579 | 201,394 | 225,553 | 213,925 | 188,896 | 197,934 | 69,621 | 69,621 | |

| CASH PAID OUT | | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounting | | 265 | 1,082 | 1,305 | 367 | 371 | 373 | 431 | 1,673 | 821 | 1,533 | | | 8,221 |
| Advertising | | 2,553 | 1,165 | 1,974 | 1,397 | 786 | 1,839 | 2,447 | 4,243 | 2,519 | 2 | | | 18,935 |
| Auto Expense | | 345 | 6,690 | 494 | 212 | 9,579 | 1,707 | 458 | 321 | 53 | 344 | | | 20,203 |
| Bank Fees | | 592 | 320 | 786 | 432 | 735 | 520 | 442 | 565 | 541 | 398 | | | 5,331 |
| Computer Expense | | 499 | 239 | 238 | 387 | 235 | 209 | 199 | 202 | 219 | 199 | | | 2,626 |
| Merchant Fees | | 1,561 | 2,089 | 1,419 | 1,774 | 1,402 | 1,747 | 1,700 | 1,405 | 1,103 | 1,210 | | | 15,410 |
| Donations and Sponsorships | | | | 24 | | | 465 | | | | 2,008 | | | 2,497 |
| Dues and Subscriptions | | 20 | 20 | 20 | 20 | 147 | 20 | 155 | 20 | | 0 | | | 422 |
| Franchise Fees | | 83 | 4,728 | 2,668 | 2,444 | 2,216 | 2,411 | 4,678 | 6,265 | 6,161 | 9,346 | | | 41,000 |
| Insurance | | 629 | 2,522 | 1,381 | 1,306 | 1,523 | 1,117 | 1,457 | 2,219 | 1,748 | 6,880 | | | 20,782 |
| Legal and Professional | | | | 500 | 200 | 541 | | | 13,200 | | | | | 14,441 |
| Licenses and Permits | | 1,486 | | | | | | | 445 | | | | | 1,931 |
| Office Expenses | | 179 | 103 | 461 | 661 | 623 | 340 | 684 | 389 | 537 | 390 | | | 4,367 |
| Purchases (COGS) | | 14,561 | 16,706 | 27,178 | 31,585 | 42,903 | 41,122 | 37,933 | 36,507 | 39,769 | 42,089 | | | 330,353 |
| Rent or Lease | | 8,400 | 8,400 | 8,400 | | 15,400 | 8,800 | 8,400 | 9,000 | | 6,515 | | | 73,315 |
| Repairs and Maintenance | | 155 | 20 | 1,055 | 322 | 973 | 2,458 | 2,031 | 2,180 | 103 | 2,302 | | | 11,599 |
| Supplies (not in COGS) | | 783 | 6,706 | 892 | 450 | 462 | 2,512 | 1,889 | 391 | 218 | 1,617 | | | 15,920 |
| Taxes and licenses | | 5,037 | 4,902 | 9,946 | 4,097 | 5,030 | 5,228 | 7,402 | 5,907 | 10,516 | 6,878 | | | 64,943 |
| Telephone and Communications | | 170 | 453 | 317 | 1,062 | 271 | 623 | 755 | 273 | 44 | 502 | | | 4,470 |
| Travel | | | 239 | | | 128 | 521 | | | | | | | 888 |
| Uniforms | | | | | | | | | | | | | | 0 |
| Utilities | | 573 | | 451 | 323 | 451 | 521 | 4,577 | 552 | 3,267 | 209 | | | 10,924 |
| Wages | | 15,075 | 13,756 | 11,856 | 12,539 | 15,116 | 16,698 | 23,878 | 18,326 | 21,155 | 20,504 | | | 168,903 |
| Promotional/Marketing | | | 81 | | | | 153 | 229 | | | 81 | | | 544 |
| Miscellaneous | | | | | | | | | | | | | | 0 |
| SUBTOTAL | | 52,966 | 70,221 | 71,365 | 59,578 | 98,902 | 89,384 | 99,745 | 104,083 | 88,855 | 102,926 | 0 | 0 | 838,025 |

| CASH PAID OUT | | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan principal payment | | | | | | | | | | | | | | 0 |
| Capital purchases | | | | | | | | | | | | | | 0 |
| Other startup costs | | | | | | | | | | | | | | 0 |
| Installment Payments | | 2,000 | 3,000 | 2,700 | 700 | 700 | 2,550 | | | 2,500 | 2,500 | | | 16,650 |
| Owners' withdrawal | | 15,444 | 5,531 | 12,980 | 14,347 | 16,125 | 12,858 | 25,913 | 25,454 | 13,404 | 22,887 | | | 164,943 |
| TOTAL CASH PAID OUT | | 70,410 | 78,752 | 87,045 | 74,625 | 115,727 | 104,792 | 125,658 | 129,537 | 104,759 | 128,313 | 0 | 0 | 1,019,618 |
| Cash on hand (end of month) | 0 | 9,129 | 8,063 | 22,852 | 45,693 | 101,852 | 96,602 | 99,895 | 84,388 | 84,137 | 69,621 | 69,621 | 69,621 | |

| OTHER OPERATING DATA | | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales volume (dollars) | | 69,896 | 75,865 | 90,433 | 100,301 | 134,787 | 109,360 | 12,388 | 125,052 | 130,548 | 131,418 | | | 980,048 |
| Accounts receivable balance | | | | | | | | | | | | | | 0 |
| Bad debt balance | | | | | | | | | | | | | | 0 |
| Inventory on hand | | | | | | | | | | | | | | 0 |
| Accounts payable balance | | | | | | | | | | | | | | 0 |
| Depreciation | | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 3,463 | 0 | 0 | 34,630 |



Combination chart showing Cash on Hand Minimum Alert and C

Cash balance alert minimum                    $0

# ion



Cash Flow Projection

ash Flow Projection is in this cell.

| Fill in this information to identify the case: |
|---|

Debtor name      **Miracle Restaurants, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 30, 2020**        X _____
                                            Signature of individual signing on behalf of debtor

                                            **Jamie Bynum**
                                            Printed name

                                            **Chief Executive Officer**
                                            Position or relationship to debtor

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | Miracle Restaurants, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cal Dept of Tax and Fee Admin PO Box 942879 Sacramento, CA 94279-3535 | | sales and use tax | | | | $215,135.04 |
| Strategic Funding Source Inc c/o Mortgage Recovery Law Group LLP 550 North Brand Blvd Ste 1100 Glendale, CA 91203 | | All property and accounts of Debtor | Disputed | $163,505.90 | $42,600.00 | $150,000.00 |
| Funding Circle USA Inc PO Box 398383 San Francisco, CA 94139-8383 | | All property and accounts of Debtor | Disputed | $163,000.00 | $42,600.00 | $138,000.00 |
| Franchise Credit LLC 475 Steamboat Road Greenwich, CT 06830 | | All property and accounts of Debtor | Disputed | $164,580.74 | $42,600.00 | $121,980.74 |
| Jamie Bynum 1653 Roywood Dr. Lancaster, CA 93535-6731 | | Advances to Debtor | | | | $100,000.00 |
| LoanMe Inc 1900 S State College Blvd Ste 300 Anaheim, CA 92806 | | Small business loan | | | | $74,941.43 |
| Joseph Hwansik Chung c/o Steven C Kim 3701 Wilshire Blvd Ste 1040 Los Angeles, CA 90010 | | Breach of Contract (LASC Case No. 18STCV05982) | Unliquidated Disputed | | | $50,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   __Miracle Restaurants, LLC_____     Case number (if known) _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Everest Business Funding 5 West 37th St Ste1100 New York, NY 10018 | | Loan | | | | $25,222.67 |
| Cal Dept of Tax and Fee Admin PO Box 942879 Sacramento, CA 94279-3535 | | Sales and use tax | | | | $18,296.52 |
| Kabbage 92513 Peachtree St Ste NE Avera, GA 30803 | | Unknown; may be all property | Disputed | $42,463.00 | $42,600.00 | $17,463.00 |
| Lamar Central Outdoor LLC c/o Stream, Kim, Hicks, Wrage & Alfaro 3403 Tenth St Ste 700 Riverside, CA 92501 | | Abstract of Judgment issued 7/21/2020; LASC Case no. 19CHLC45922 | | | | $11,182.49 |
| US Foods Inc 9399 West Higgins Rd Des Plaines, IL 60018 | | Food (account current) | | | | $1,500.00 |
| Hitachi Capital America Corp 7808 Creekridge Circle Ste 250 Minneapolis, MN 55439 | | Hatco FS2HAC-4pt-Heated countertop holding bin, Air-curtain, Pass-Thru, (4) tier; Including all freight, attchmnts, accessorites and equipment per J. | Disputed | $1,102.00 | $300.00 | $802.00 |
| American Express National Bank Attn: Lina M Michael 555 St Charles Dr Ste 204 Thousand Oaks, CA 91360 | | Credit card (goods and services, including late fees and finance charges) | | | | $0.00 |
| Corporation Service Company PO Box 2576 Springfield, IL 62708 | UCCsprep@cscinfo.com | All personal property and general intangables of Debtor | Disputed | Unknown | $42,600.00 | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy



Debtor    Miracle Restaurants, LLC                         Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Corporation Service Company PO Box 2576 Springfield, IL 62708 | UCCsprep@cscinfo.com | All personal property and general intangables of Debtor | Disputed | Unknown | $42,600.00 | Unknown |
| Corporation Service Company PO Box 2576 Springfield, IL 62708 | UCCsprep@cscinfo.com | All personal property and general intangables of Debtor | Disputed | Unknown | $42,600.00 | Unknown |
| Employment Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001 | | Taxes | | | | $0.00 |
| Pawnee Leasing Corporation 3801 Automation Way Fort Collins, CO 80525 | | Loan | | | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

In re    Miracle Restaurants, LLC

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jamie Bynum<br>1653 Roywood Dr.<br>Lancaster, CA 93535-6731 | Membership Interest | | 50% |
| Liza Bynum<br>1653 Roywood Dr.<br>Lancaster, CA 93535-6731 | Membership Interest | | 50% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    November 30, 2020

Signature    Jamie Bynum

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mark T. Young<br>25152 Springfield Court, Ste. 345<br>Valencia, CA 91355-1081<br>661-259-9000 Fax: 661-554-7088<br>California State Bar Number: **89951 CA**<br>myoung@dywlaw.com | |

☑ *Attorney for:  Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **Miracle Restaurants, LLC**<br><br>                                    Debtor(s),<br><br><br>                                    Plaintiff(s),<br><br><br><br><br><br>                                    Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Jamie Bynum**                                    , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

[Check the appropriate boxes and, if applicable, provide the required information.]

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☑ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

b.  ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

November 30, 2020

Date

By: _____

Signature of Debtor, or attorney for Debtor

Name:  Jamie Bynum

    Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                        F 1007-4.CORP.OWNERSHIP.STMT

## RESOLUTION OF THE MEMBERS AND MANAGERS
## OF MIRACLE RESTAURANTS, LLC

The Members and Managers of MIRACLE RESTAURANTS, LLC, a Limited Liability Company (the "Company"), conducted a special meeting on November 30, 2020 at which the following Members and Managers of the Company were present: JAMIE BYNUM and LIZA BYNUM.

Upon motion duly made and with the unanimous consent of the Members and Managers, IT IS HEREBY RESOLVED as follows:

Due to the financial circumstances of the Company, it is necessary and appropriate that the Company file a petition for relief under Chapter 11 of the United States Bankruptcy Code. Accordingly, Jamie Bynum and Liza Bynum, the Members and Managers of the Company, are hereby authorized and directed on behalf of the Company to engage Donahoe Young & Williams LLP of Valencia, California as Chapter 11 counsel and forthwith file a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court, Central District of California.

THE UNDERSIGNED, BEING ALL of THE MEMBERS AND MANAGERS OF THIS LIMITED LIABILTY COMPANY, CONSENT TO THE FOREGOING ACTIONS.

Dated: November 30, 2020

MIRACLE RESTAURANTS, LLC, a Limited Liability Company

By: _____
JAMIE BYNUM,
Member and Manager

By: _____
LIZA BYNUM,
Member and Manager

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

N/A

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Valencia                              , California.

Date:        November 30, 2020

Jamie Bynum
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1         **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name   Miracle Restaurants, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:   Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

1a. Real property:
Copy line 88 from *Schedule A/B*.................................................................................................... $             0.00

1b. Total personal property:
Copy line 91A from *Schedule A/B*.................................................................................................. $       42,600.68

1c. Total of all property:
Copy line 92 from *Schedule A/B*.................................................................................................... $       42,600.68

**Part 2:   Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      541,906.20

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. Total claim amounts of priority unsecured claims:
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................ $      233,431.56

3b. Total amount of claims of nonpriority amount of unsecured claims:
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$      262,846.59

4.  Total liabilities ...............................................................................................................................
Lines 2 + 3a + 3b                                                                                                                                   $    1,038,184.35

**Fill in this information to identify the case:**

Debtor name    Miracle Restaurants, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.    Cash on hand                                                                                                $1,530.00

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  U.S. Bank, N. A. | Checking | 0557 | $8,100.00 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.                                                                                              $9,630.00

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| | |
|---|---|
| 7.1.  Security deposit on premises lease held by CP Antelope Shops, LLC | $6,732.00 |

8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy
JB

Debtor   **Miracle Restaurants, LLC**                                    Case number *(If known)* _____
         Name

9.  **Total of Part 2.**                                                                          | $6,732.00 |
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **2,946.00** | - | **0.00** = .... | $2,946.00 |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

12. **Total of Part 3.**                                                                          | $2,946.00 |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies Food, beverages and supplies | 11/29/2020 | $0.00 | Cost | $6,742.68 |

23. **Total of Part 5.**                                                                          | $6,742.68 |
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value _____0.00___ Valuation method ___Cost___   Current Value ____6,742.68___

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                              page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Miracle Restaurants, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

  ■ No. Go to Part 7.
  ☐ Yes Fill in the information below.

---

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

  ☐ No. Go to Part 8.
  ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture | | | |
| | **File cabinet, desk, chair, safe** | $0.00 | | $125.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| | **Computer (Dell), HP printer, monitor** | $0.00 | | $125.00 |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | Total of Part 7. Add lines 39 through 42. Copy the total to line 86. | $250.00 |
|---|---|---|

44. Is a depreciation schedule available for any of the property listed in Part 7?
  ■ No
  ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
  ■ No
  ☐ Yes

---

**Part 8:** Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

  ☐ No. Go to Part 9.
  ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1. | Model: Ford Van Mileage: 225,000 Make: Transit Year: 2006 (In name of Debtor's principal) | $0.00 | KBB | $1,000.00 |

---

JB

Debtor    Miracle Restaurants, LLC                                    Case number *(If known)*
_____
Name

| | | | | |
|---|---|---|---|---|
| 47.2. | Trailer 6000 lb (involved in accident (salvaged)) | $0.00 | Insurance est. | $10,000.00 |

48.    Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    Aircraft and accessories

50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
2 Metro Warmers C5 3 Series
2 Vulcan Fryers LG300
Vulcan Commercial Range 36C-6BN
Central Restaurant Under counter Freezer
Traulsen Refrigerator UPT4818-LR
Duke Pantry E303M
Vulcan Under counter Bread Warmer
Ole Hickory Smoker EL-EDIX
4 Storage Racks
60 Metal Food Trays
60 Table and Chairs

| | | | |
|---|---|---|---|
| Stoeling Ice Cream Machine | $21,626.00 | Liquidation | $5,000.00 |

| | | |
|---|---|---|
| Hatco FS2HAC-4pt- Heated countertop holding bin, Air-curtain, Pass-Thru, (4) tier; Including all freight, attachments, accessorites and equipment per J.E.S. Restaurant Equipment Invoice #22901.  Located at 1653 Roywood Dr., Lancaster, CA  93535. | $0.00 | $300.00 |

51.    Total of Part 8.                                                     $16,300.00
Add lines 47 through 50. Copy the total to line 87.

52.    Is a depreciation schedule available for any of the property listed in Part 8?
☐ No
■ Yes

53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 9:**    Real property

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

JB

Debtor    **Miracle Restaurants, LLC**                                    Case number *(If known)* _____
           <sub>Name</sub>

available.

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **1054 & 1056 West Avenue K Lancaster, CA 93534 Restaurant  (2640 sq. ft.)** | Lease ending August 2025 | $0.00 | N/A | Unknown |

56.    **Total of Part 9.**                                                                                    | $0.00 |

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57.    Is a depreciation schedule available for any of the property listed in Part 9?
       ■ No
       ☐ Yes

58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?
       ■ No
       ☐ Yes

**Part 10:**    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    Patents, copyrights, trademarks, and trade secrets | | | |
| 61.    Internet domain names and websites | | | |
| 62.    Licenses, franchises, and royalties **Dickey's Barbeque Restaurants, Inc. Franchise Agreement** | $0.00 | N/A | Unknown |
| 63.    Customer lists, mailing lists, or other compilations | | | |
| 64.    Other intangibles, or intellectual property | | | |
| 65.    Goodwill | | | |

66.    **Total of Part 10.**                                                                                  | $0.00 |

   Add lines 60 through 65. Copy the total to line 89.

67.    Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?
       ■ No
       ☐ Yes

69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor    **Miracle Restaurants, LLC**                                    Case number *(If known)* _____
          Name

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.



Debtor    __Miracle Restaurants, LLC_____    Case number *(If known)* _____
                Name

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $9,630.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $6,732.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $2,946.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $6,742.68 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $250.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $16,300.00 | |
| 88. Real property. *Copy line 56, Part 9.*................................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $42,600.68 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $42,600.68 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

JB

**Fill in this information to identify the case:**

Debtor name    Miracle Restaurants, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Corporation Service Company<br><small>Creditor's Name</small><br><br>PO Box 2576<br>Springfield, IL 62708<br><small>Creditor's mailing address</small><br><br>UCCsprep@cscinfo.com<br><small>Creditor's email address, if known</small><br><br>Date debt was incurred<br>**2017**<br>Last 4 digits of account number<br>**3422**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All personal property and general intangables of Debtor**<br><br>Describe the lien<br>**UCC-1 filed 11/28/17 (65624270002); Creditor is the agent for unknown principal**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | Unknown | $42,600.00 |
| **2.2** Corporation Service Company<br><small>Creditor's Name</small><br><br>PO Box 2576<br>Springfield, IL 62708<br><small>Creditor's mailing address</small><br><br>UCCsprep@cscinfo.com<br><small>Creditor's email address, if known</small><br><br>Date debt was incurred<br>**2018**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**All personal property and general intangables of Debtor**<br><br>Describe the lien<br>**UCC-1 filed 2/9/2018 (67800840002);Creditor is the agent for unknown principal**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | Unknown | $42,600.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    Miracle Restaurants, LLC                                          Case number (if known)
_____
             Name

| | |
|---|---|
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | Unknown | $42,600.00 |
|---|---|---|---|---|

Creditor's Name

**All personal property and general intangables of Debtor**

PO Box 2576
Springfield, IL 62708

Creditor's mailing address

Describe the lien
**UCC-1 filed 5/10/2018 (6999240002);Creditor is the agent for unknown principal**
Is the creditor an insider or related party?

UCCsprep@cscinfo.com        ■ No
Creditor's email address, if known        ☐ Yes
                                          Is anyone else liable on this claim?

Date debt was incurred        ☐ No
**2018**
Last 4 digits of account number        ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.4 | **Corporation Service Company** | Describe debtor's property that is subject to a lien | $0.00 | $42,600.00 |
|---|---|---|---|---|

Creditor's Name

**All personal property and general intangables of Debtor**

PO Box 2576
Springfield, IL 62708

Creditor's mailing address

Describe the lien
**UCC-1 filed 10/4/2019 (82660730002)**
Is the creditor an insider or related party?

UCCsprep@cscinfo.com        ■ No
Creditor's email address, if known        ☐ Yes
                                          Is anyone else liable on this claim?

Date debt was incurred        ☐ No
**2019**
Last 4 digits of account number        ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.5 | **Employment Development Department** | Describe debtor's property that is subject to a lien | $754.56 | $42,600.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Miracle Restaurants, LLC                                    Case number (if known)
          Name

Creditor's Name
**Lien Group MIC 92G**                          All personal property of Debtor
PO Box 826880
Sacramento, CA
94280-0001
Creditor's mailing address
                                                Describe the lien
                                                state tax liens filed; released per Debtor
                                                Is the creditor an insider or related party?

                                                ■ No
Creditor's email address, if known             ☐ Yes
                                                Is anyone else liable on this claim?

Date debt was incurred                          ■ No
2015-2020                                       ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number
6511
Do multiple creditors have an                   As of the petition filing date, the claim is:
interest in the same property?                  Check all that apply
■ No                                            ☐ Contingent
☐ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative        ■ Disputed
priority.

---

| 2.6 | **Employment Development** | Describe debtor's property that is subject to a lien | $0.00 | $42,600.00 |
| | **Department** | **All personal property of Debtor** | | |

Creditor's Name
**Bankruptcy Group MIC 92E**
PO Box 826880
Sacramento, CA
94280-0001
Creditor's mailing address
                                                Describe the lien
                                                UCC filed 4/22/20 (207774656125)
                                                Is the creditor an insider or related party?

                                                ■ No
Creditor's email address, if known             ☐ Yes
                                                Is anyone else liable on this claim?

Date debt was incurred                          ■ No
2020                                            ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an                   As of the petition filing date, the claim is:
interest in the same property?                  Check all that apply
■ No                                            ☐ Contingent
☐ Yes. Specify each creditor,                   ☐ Unliquidated
including this creditor and its relative        ■ Disputed
priority.

---

| 2.7 | **Employment Development** | Describe debtor's property that is subject to a lien | $0.00 | $42,600.00 |
| | **Department** | **All personal property of Debtor** | | |

Creditor's Name
**Bankruptcy Group MIC 92E**
PO Box 826880
Sacramento, CA
94280-0001
Creditor's mailing address
                                                Describe the lien
                                                UCC filed 7/13/2015 (157474546003)
                                                Is the creditor an insider or related party?

                                                ■ No
Creditor's email address, if known             ☐ Yes
                                                Is anyone else liable on this claim?

Date debt was incurred                          ■ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 8

Debtor    **Miracle Restaurants, LLC**                                    Case number (if known) _____
          <sub>Name</sub>

**2015**                                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.8 | **Employment Development Department** | Describe debtor's property that is subject to a lien | $0.00 | $42,600.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA
94280-0001**
<sub>Creditor's mailing address</sub>

Describe the lien
UCC filed 10/31/2018 (187680643992)
Is the creditor an insider or related party?

■ No

<sub>Creditor's email address, if known</sub>

☐ Yes
Is anyone else liable on this claim?

Date debt was incurred                ■ No
**2018**                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.9 | **Employment Development Department** | Describe debtor's property that is subject to a lien | $0.00 | $42,600.00 |
|---|---|---|---|---|

Creditor's Name

**Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA
94280-0001**
<sub>Creditor's mailing address</sub>

Describe the lien
UCC filed 12/18/2015 (157501740313)
Is the creditor an insider or related party?

■ No

<sub>Creditor's email address, if known</sub>

☐ Yes
Is anyone else liable on this claim?

Date debt was incurred                ■ No
**2015**                              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 0 | **Franchise Credit LLC** | Describe debtor's property that is subject to a lien | $164,580.74 | $42,600.00 |
|---|---|---|---|---|

Debtor    Miracle Restaurants, LLC    Case number (if known) _____
         Name

Creditor's Name                          **All property and accounts of Debtor**

**475 Steamboat Road**
**Greenwich, CT 06830**
Creditor's mailing address               Describe the lien
                                         UCC-1 (renewal) filed 1/28/20 (85666920002);
                                         UCC-1 filed 7/3/18 (7132274000
                                         Is the creditor an insider or related party?

                                         ■ No
Creditor's email address, if known       ☐ Yes
                                         Is anyone else liable on this claim?
Date debt was incurred                   ☐ No

**4/2015**                               ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number
**1501**
Do multiple creditors have an            As of the petition filing date, the claim is:
interest in the same property?           Check all that apply

■ No                                     ☐ Contingent
                                         ☐ Unliquidated
☐ Yes. Specify each creditor,            ■ Disputed
including this creditor and its relative
priority.

---

| 2.1 1 | **Fudd Trailer** | Describe debtor's property that is subject to a lien | $6,500.00 | $10,000.00 |

Creditor's Name                          Trailer 6000 lb (involved in accident
                                         (salvaged))
**4710 N. Shepherd Dr**
**Houston, TX 77018**
Creditor's mailing address               Describe the lien

                                         Is the creditor an insider or related party?

                                         ■ No
Creditor's email address, if known       ☐ Yes
                                         Is anyone else liable on this claim?
Date debt was incurred                   ■ No

Last 4 digits of account number          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an            As of the petition filing date, the claim is:
interest in the same property?           Check all that apply

■ No                                     ☐ Contingent
                                         ☐ Unliquidated
☐ Yes. Specify each creditor,            ☐ Disputed
including this creditor and its relative
priority.

---

| 2.1 2 | **Funding Circle USA Inc** | Describe debtor's property that is subject to a lien | $163,000.00 | $42,600.00 |

Creditor's Name                          **All property and accounts of Debtor**
PO Box 398383
San Francisco, CA
94139-8383
Creditor's mailing address               Describe the lien
                                         UCC-1 filed 6/30/17 (62371640002)
                                         Is the creditor an insider or related party?

                                         ■ No
Creditor's email address, if known       ☐ Yes
                                         Is anyone else liable on this claim?
Date debt was incurred                   ☐ No

**6/2017**                               ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
Last 4 digits of account number

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 8

Debtor    Miracle Restaurants, LLC                                    Case number (if known) _____
          Name

0654

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.13 | Hitachi Capital America Corp | Describe debtor's property that is subject to a lien | $1,102.00 | $300.00 |
|---|---|---|---|---|

Creditor's Name

Hatco FS2HAC-4pt- Heated countertop holding bin, Air-curtain, Pass-Thru, (4) tier; Including all freight, attchmnts, accessorites and equipment per J.E.S. Restaurant Equipment Invoice #22901.  Held at 1653 Roywood Dr., Lancaster, CA  93535.

7808 Creekridge Circle Ste 250
Minneapolis, MN 55439

Creditor's mailing address

Describe the lien
No UCC-1; per contract only

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
1/2018

Last 4 digits of account number
0001

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.14 | Kabbage | Describe debtor's property that is subject to a lien | $42,463.00 | $42,600.00 |
|---|---|---|---|---|

Creditor's Name

Unknown; may be all property

92513 Peachtree St Ste NE
Avera, GA 30803

Creditor's mailing address

Describe the lien
No filed UCC-1 in name of creditor; may be a Corporation Service Company lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
11/2017

Last 4 digits of account number
Unknown

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   Miracle Restaurants, LLC
_____   Case number (if known) _____
          Name

| | | | | |
|---|---|---|---|---|
| 2.1 5 | **Strategic Funding Source Inc** | Describe debtor's property that is subject to a lien | $163,505.90 | $42,600.00 |
| | Creditor's Name | **All property and accounts of Debtor** | | |
| | c/o Mortgage Recovery Law Group LLP 550 North Brand Blvd Ste 1100 Glendale, CA 91203 | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Possible UCC-1 (may be Corporation Service Co.)** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ☐ No | | |
| | **3/2020** | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | Last 4 digits of account number | | | |
| | **0008** | As of the petition filing date, the claim is: Check all that apply | | |
| | Do multiple creditors have an interest in the same property? | ☐ Contingent | | |
| | ■ No | ☐ Unliquidated | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Disputed | | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $541,906.20

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Corporation Service Company 801 Adlai Stevenson Drive Springfield, IL 62703-4261 | Line 2.12 | |
| Corporation Service Company 801 Adlai Stevenson Drive Springfield, IL 62703-4261 | Line 2.1 | |
| Corporation Service Company 801 Adlai Stevenson Drive Springfield, IL 62703-4261 | Line 2.2 | |
| Corporation Service Company 801 Adlai Stevenson Drive Springfield, IL 62703-4261 | Line 2.3 | |
| Corporation Service Company 801 Adlai Stevenson Drive Springfield, IL 62703-4261 | Line 2.4 | |
| DL Evans Bank 890 W Main St Boise, ID 83702 | Line 2.10 | 8152 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Miracle Restaurants, LLC                                    Case number (if known)
_____                                         _____
Name

| FC Marketplace LLC | Line 2.12 |
| 747 Front St 4th Fl | |
| San Francisco, CA 94111 | |

| Franchise Credit LLC | Line 2.10 |
| 202 N 9th Ste 300 | |
| Boise, ID 83702 | |

| Kabbage, Inc | Line 2.14 |
| PO Box 77081 | |
| Atlanta, GA 30357 | |

| Kapitus | Line 2.15 |
| 2500 Wilson Blvd | |
| Arlington, VA 22201 | |

| Mount Pleasant Capital LLC | Line 2.10 |
| 103 H. Meadows Dr Ste 215 | |
| Wexford, PA 15090 | |

| Payette Financial Services LLC | Line 2.10 |
| 202 N 9th St Ste 300 | |
| Boise, ID 83702 | |

| Small Town Advance | Line 2.10 |
| 1608 S Ashland Ave Ste 35697 | |
| Chicago, IL 60608 | |

| Strategic Funding | Line 2.15 |
| 1501 Broadway Ste 1515 | |
| New York, NY 10036 | |

| Strategic Funding Source, Inc. | Line 2.15 |
| dba Kapitus Attn General Counsel | |
| 120 West 45th St 4th Fl | |
| New York, NY 10036 | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Miracle Restaurants, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Cal Dept of Tax and Fee Admin**<br>PO Box 942879<br>**Sacramento, CA 94279-3535** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $215,135.04 | $215,135.04 |
| Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**sales and use  tax** | | |
| Last 4 digits of account number **4870**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Cal Dept of Tax and Fee Admin**<br>PO Box 942879<br>**Sacramento, CA 94279-3535** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,296.52 | $18,296.52 |
| Date or dates debt was incurred<br>**2020** | Basis for the claim:<br>**Sales and use  tax** | | |
| Last 4 digits of account number **4870**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Miracle Restaurants, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Employment Development Department**
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015-2020**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll tax liabilities**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**501 Plaza Del Centro LLC**
4401 S. Downey Rd
Los Angeles, CA 90058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0710

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**American Express National Bank**
Attn: Lina M Michael
555 St Charles Dr Ste 204
Thousand Oaks, CA 91360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Credit card (goods and services, including late fees and finance charges)

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Miracle Restaurants, LLC | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,222.67 |
|-----|--------------------------------------------------|-------------------------------------------------------------------|------------|

**3.3**
Nonpriority creditor's name and mailing address
Everest Business Funding
5 West 37th St Ste1100
New York, NY 10018

Date(s) debt was incurred  7/2019
Last 4 digits of account number  3940

As of the petition filing date, the claim is: *Check all that apply.*   **$25,222.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan
Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4**
Nonpriority creditor's name and mailing address
Jamie Bynum
1653 Roywood Dr.
Lancaster, CA 93535-6731

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advances to Debtor
Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5**
Nonpriority creditor's name and mailing address
Joseph Hwansik Chung
c/o Steven C Kim
3701 Wilshire Blvd Ste 1040
Los Angeles, CA 90010

Date(s) debt was incurred  _
Last 4 digits of account number  5982

As of the petition filing date, the claim is: *Check all that apply.*   **$50,000.00**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Breach of Contract (LASC Case No. 18STCV05982)
Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.6**
Nonpriority creditor's name and mailing address
Lamar Central Outdoor LLC
c/o Stream, Kim, Hicks, Wrage & Alfaro
3403 Tenth St Ste 700
Riverside, CA 92501

Date(s) debt was incurred  7/2020
Last 4 digits of account number  9223

As of the petition filing date, the claim is: *Check all that apply.*   **$11,182.49**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Abstract of Judgment issued 7/21/2020; LASC Case no. 19CHLC45922
Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7**
Nonpriority creditor's name and mailing address
LoanMe Inc
1900 S State College Blvd Ste 300
Anaheim, CA 92806

Date(s) debt was incurred  5/2018
Last 4 digits of account number  0279

As of the petition filing date, the claim is: *Check all that apply.*   **$74,941.43**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Small business loan
Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8**
Nonpriority creditor's name and mailing address
Pawnee Leasing Corporation
3801 Automation Way
Fort Collins, CO 80525

Date(s) debt was incurred  9/2017
Last 4 digits of account number  0957

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Loan
Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9**
Nonpriority creditor's name and mailing address
US Foods Inc
9399 West Higgins Rd
Des Plaines, IL 60018

Date(s) debt was incurred  12/2018
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Food (account current)
Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor   __Miracle Restaurants, LLC_____   .Case number (if known) _____
         Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Gary D. Fidler<br>GREEN FIDLER & CHAPLAN LLP<br>2719 Wilshire Blvd 2nd Fl<br>Santa Monica, CA 90403 | Line _3.1_<br><br>☐  Not listed. Explain ____ | 0710 |
| 4.2 | Lien Sollutions<br>2929 Allen Parkway Ste 3300<br>Houston, TX 77019 | Line _3.8_<br><br>☐  Not listed. Explain ____ | — |
| 4.3 | National Funding Inc<br>9820 Towne Center Dr<br>San Diego, CA 92121 | Line _3.8_<br><br>☐  Not listed. Explain ____ | — |
| 4.4 | NCS UCC Services Group<br>PO Box 24101<br>Cleveland, OH 44124 | Line _3.9_<br><br>☐  Not listed. Explain ____ | — |
| 4.5 | Recovery Solutions Group<br>1008 Mattlind Way<br>Milford, DE 19963 | Line _3.3_<br><br>☐  Not listed. Explain ____ | — |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 233,431.56 |
| 5b. Total claims from Part 2 | 5b. + | $ | 262,846.59 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 496,278.15 |

**Fill in this information to identify the case:**

Debtor name    **Miracle Restaurants, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Financed loan payment on trailer |
| | State the term remaining | To 4/2023 |
| | List the contract number of any government contract | |

Click Lease LLC
1182 W 24005
Salt Lake City, UT 84119

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Premises Lease |
| | State the term remaining | 10 year lease commencing 8/2015; term is up 8/2025 |
| | List the contract number of any government contract | |

CP Antelope Shops LLC
c/o Cadence Capital Investments LLC
8480 E Orchard Rd Ste 4350
Englewood, CO 80111

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Miracle Restaurants, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

|  Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may have personally guaranteed | Corporation Service Company | ■ D  2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.2  Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may have personally guaranteed | Everest Business Funding | ☐ D _____<br>■ E/F  3.3<br>☐ G _____ |
| 2.3  Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may have personally guaranteed | Franchise Credit LLC | ■ D  2.10<br>☐ E/F _____<br>☐ G _____ |
| 2.4  Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may have personally guaranteed | Funding Circle USA Inc | ■ D  2.12<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Miracle Restaurants, LLC | Case number *(if known)* | |
|---|---|---|---|

▊ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
Column 1: **Codebtor**                                                                 Column 2: **Creditor**

| 2.5 | Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Hitachi Capital<br>America Corp | ■ D   2.13<br>☐ E/F ____<br>☐ G ____ |
|---|---|---|---|---|
| 2.6 | Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Joseph Hwansik<br>Chung | ☐ D ____<br>■ E/F   3.5<br>☐ G ____ |
| 2.7 | Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Kabbage | ■ D   2.14<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Lamar Central<br>Outdoor LLC | ☐ D ____<br>■ E/F   3.6<br>☐ G ____ |
| 2.9 | Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | LoanMe Inc | ☐ D ____<br>■ E/F   3.7<br>☐ G ____ |
| 2.10 | Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Pawnee Leasing<br>Corporation | ☐ D ____<br>■ E/F   3.8<br>☐ G ____ |
| 2.11 | Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Strategic Funding<br>Source Inc | ■ D   2.15<br>☐ E/F ____<br>☐ G ____ |

Debtor   Miracle Restaurants, LLC                                    Case number *(if known)*

---

| | Additional Page to List More Codebtors |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                              Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.12 | Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | US Foods Inc | ☐ D ____<br>■ E/F  3.9<br>☐ G ____ |
| 2.13 | Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Corporation Service<br>Company | ■ D  2.2<br>☐ E/F ____<br>☐ G ____ |
| 2.14 | Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Corporation Service<br>Company | ■ D  2.3<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Corporation Service<br>Company | ■ D  2.4<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | 501 Plaza Del Centro<br>LLC | ☐ D ____<br>■ E/F  3.1<br>☐ G ____ |
| 2.17 | Liza Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Corporation Service<br>Company | ■ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | Liza Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Everest Business<br>Funding | ☐ D ____<br>■ E/F  3.3<br>☐ G ____ |

Debtor   __Miracle Restaurants, LLC__                          Case number *(if known)*   _____

| | |
|---|---|
| <span style="background:black">   </span> | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
    Column 1: **Codebtor**                                                   Column 2: **Creditor**

| | Codebtor | Creditor | |
|---|---|---|---|
| 2.19 | Liza Bynum<br>1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Franchise Credit LLC | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | Liza Bynum<br>1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Funding Circle USA<br>Inc | ■ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | Liza Bynum<br>1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Hitachi Capital<br>America Corp | ■ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.22 | Liza Bynum<br>1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Joseph Hwansik<br>Chung | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.23 | Liza Bynum<br>1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Kabbage | ■ D ___2.14___<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | Liza Bynum<br>1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Lamar Central<br>Outdoor LLC | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.25 | Liza Bynum<br>1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | LoanMe Inc | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |

JB

| Debtor | Miracle Restaurants, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.26 | Liza Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Pawnee Leasing<br>Corporation | ☐ D _____<br>■ E/F    3.8<br>☐ G _____ |
| 2.27 | Liza Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Strategic Funding<br>Source Inc | ■ D    2.15<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | Liza Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | US Foods Inc | ☐ D _____<br>■ E/F    3.9<br>☐ G _____ |
| 2.29 | Liza Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Corporation Service<br>Company | ■ D    2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.30 | Liza Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Corporation Service<br>Company | ■ D    2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | Liza Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Corporation Service<br>Company | ■ D    2.4<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | Liza Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | 501 Plaza Del Centro<br>LLC | ☐ D _____<br>■ E/F    3.1<br>☐ G _____ |

| Debtor | Miracle Restaurants, LLC | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.33 | Jamie Bynum | 106 West Avenue K<br>Lancaster, CA 93534<br>Listed for precautionary purposes; may<br>have personally guaranteed | CP Antelope Shops<br>LLC | ☐ D _____<br>☐ E/F _____<br>■ G ___2.2___ |
| 2.34 | Jamie Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Click Lease LLC | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |
| 2.35 | Liza Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | Click Lease LLC | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |
| 2.36 | Liza Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731<br>Listed for precautionary purposes; may<br>have personally guaranteed | CP Antelope Shops<br>LLC | ☐ D _____<br>☐ E/F _____<br>■ G ___2.2___ |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Miracle Restaurants, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From 1/01/2020 to Filing Date | ■ Operating a business ■ Other    to 10/31/2020 | $996,903.30 |
| **For prior year:** From 1/01/2019 to 12/31/2019 | ■ Operating a business ☐ Other | $1,060,083.00 |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- | --- |
| 3.1. | To be supplied by amendment | | $0.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Miracle Restaurants, LLC _____   Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  to be supplied by amendment | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  FC Marketplace LLC v.<br>Miracle Restaurants LLC<br>19AVCV00825 | Collection | Superior Court of California<br>42011 4th Street West<br>Lancaster, CA 93534 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  501 Plaza Del Centro LLC v.<br>Miracle Restaurants LLC<br>19NWCV00710 | Contract Warranty Breach | Superior Court of California<br>Norwalk Courthouse<br>12720 Norwalk Blvd<br>Norwalk, CA 90650 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  American Express National<br>Bank v. Miracle Restaurants<br>LLC<br>20CHLLC04333 | Collections | Superior Court of California<br>County of Los Angeles<br>9425 Penfield Avenue, 1200<br>Chatsworth, CA 91311-5616 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  Shamar Hill v. Miracle<br>Restaurants LLC<br>20AVCV00552 | Premises Liability | Superior Court of California<br>42011 4th Street West<br>Lancaster, CA 93534 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor    Miracle Restaurants, LLC _____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | Strategic Funding Source, Inc. v. Miracle Restaurants, LLC<br>18AVCV0008 | Collection | Superior Court of California<br>County of Los Angeles<br>111 N. Hill Street<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Joseph Hwansik Chung v. Miracle Restaurants, LLC<br>19STCV05982 | Negligent | Superior Court of California<br>County of Los Angeles<br>111 N. Hill Street<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | To be supplied by amendment | | | $0.00 |
| | Recipients relationship to debtor | | | |

---

**Part 5:**    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| To be supplied by amendment | | | $0.00 |

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    Miracle Restaurants, LLC _____    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Donahoe Young & Williams LLP 25152 Springfield Court, Ste. 345 Valencia, CA 91355-1081 | Attorney Fees and costs | 8/27/2020 | $12,000.00 |
| | Email or website address myoung@dywlaw.com | | | |
| | Who made the payment, if not debtor? Sassy Girl LLC | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1125 West Rancho Vista Blvd, Unit A Palmdale, CA 93551 | 2014 to 8/2019 |

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | Personally Identifiable Information |
|---|---|

Debtor  **Miracle Restaurants, LLC**                          Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Personal residence of Principal** | **Jamie & Liza Bynum** | **Hitachi equipment** | ☐ No<br>■ Yes |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor    Miracle Restaurants, LLC _____    Case number (if known) _____

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. Other businesses in which the debtor has or has had an interest
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. Books, records, and financial statements
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Accurate Bookeeping & Tax Inc<br>44804 10th St W<br>Lancaster, CA 93534 | 2017-2020 |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Accurate Bookeeping & Tax Inc<br>44804 10th St W<br>Lancaster, CA 93534 | 2017-2020 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Miracle Restaurants, LLC _____    Case number (if known) _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Accurate Bookkeeping & Tax Inc<br>44804 10th St W<br>Lancaster, CA 93534 | 2017-2020 |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1   Liza Bynum | Performed twice weekly | Cost basis<br>Last performed 11/29/2020<br>$6742.68 |
| Name and address of the person who has possession of inventory records<br>Liza Bynum<br>1056 West Avenue K<br>Lancaster, CA 93534 | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jamie Bynum | 106 West Avenue K<br>Lancaster, CA 93534 | Chief Executive Officer | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Liza Bynum | 1653 Roywood Dr.<br>Lancaster, CA 93535-6731 | Member/Manager | 50% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy



Debtor    Miracle Restaurants, LLC                                    Case number (if known)

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 Jamie Bynum<br>106 West Avenue K<br>Lancaster, CA 93534 | to be supplied by amendment | | |
| Relationship to debtor<br>Chief Executive Officer | | | |
| 30.2 Liza Bynum<br>1056 West Avenue K<br>Lancaster, CA 93534 | to be supplied by amendment | | |
| Relationship to debtor<br>Manager | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the pension fund                                    Employer Identification number of the parent corporation

**Part 14:** Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 30, 2020

_____    Jamie Bynum
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Chief Executive Officer

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Miracle Restaurants, LLC**

Debtor(s)

Case No.

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____   $   10,000.00 (pre-petition services and retainer)

Prior to the filing of this statement I have received _____   $   10,000.00 (pre-petition services and retainer)

Balance Due _____   $   TBD

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor   ☑ Other (specify): Sassy Girl Limited Liability Company

4. The source of compensation to be paid to me is:

   ☑ Debtor   ☐ Other (specify): Guaranteed by Debtor's principal

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/30/2020

_Date_

Mark T. Young

_Signature of Attorney_
**Donahoe Young & Williams LLP**
**25152 Springfield Court, Ste. 345**
**Valencia, CA 91355-1081**
**661-259-9000  Fax: 661-554-7088**
**myoung@dywlaw.com**
_Name of law firm_

---

JB

Statement Regarding Assistance of Non-Attorney - Local Bankruptcy Rule 1002-1 (Rev. 12/03)          2003 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re **Miracle Restaurants, LLC** | Case No. |
| | Chapter **11** |
| | **STATEMENT REGARDING ASSISTANCE OF NON-ATTORNEY WITH RESPECT TO THE FILING OF BANKRUPTCY CASE** |

## THE DEBTOR/JOINT DEBTOR DOES HEREBY STATE AND REPRESENT:

☐      I received assistance from a non-attorney in connection with the filing of my bankruptcy case.

1.      I paid the sum of $__

2.      I still owe the sum of $__

3.      I agreed to turn over or give a security interest in the following property:

4.      The name of the person or the name of the firm that assisted me was:

Name:

Address:

Telephone:

☑      I did not receive assistance from a non-attorney in connection with the filing of my bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at      **Valencia**                    , California.

Executed on:   **November 30, 2020**
                Date

Miracle/Restaurants, LLC
Jamie Bynum / Chief Executive Officer

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Mark T. Young<br>25152 Springfield Court, Ste. 345<br>Valencia, CA 91355-1081<br>661-259-9000 Fax: 661-554-7088<br>California State Bar Number: 89951 CA<br>myoung@dywlaw.com | |

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>          Miracle Restaurants, LLC | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __November 30, 2020__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __November 30, 2020__

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                          **F 1007-1.MAILING.LIST.VERIFICATION**

Miracle Restaurants, LLC
1056 West Avenue K
Lancaster, CA 93534


Mark T. Young
Donahoe Young & Williams LLP
25152 Springfield Court, Ste. 345
Valencia, CA 91355-1081


Office of the US Trustee LA
915 Wilshire Boulevard
Suite 1850
Los Angeles, CA 90017

501 Plaza Del Centro LLC
4401 S. Downey Rd
Los Angeles, CA 90058


American Express National Bank
Attn: Lina M Michael
555 St Charles Dr Ste 204
Thousand Oaks, CA 91360


Cal Dept of Tax and Fee Admin
PO Box 942879
Sacramento, CA 94279-3535


Click Lease LLC
1182 W 24005
Salt Lake City, UT 84119


Corporation Service Company
PO Box 2576
Springfield, IL 62708


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261


CP Antelope Shops LLC
c/o Cadence Capital Investments LLC
8480 E Orchard Rd Ste 4350
Englewood, CO 80111


DL Evans Bank
890 W Main St
Boise, ID 83702

Employment Development Department
Lien Group MIC 92G
PO Box 826880
Sacramento, CA 94280-0001


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Everest Business Funding
5 West 37th St Ste1100
New York, NY 10018


FC Marketplace LLC
747 Front St 4th Fl
San Francisco, CA 94111


Franchise Credit LLC
475 Steamboat Road
Greenwich, CT 06830


Franchise Credit LLC
202 N 9th Ste 300
Boise, ID 83702


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Fudd Trailer
4710 N. Shepherd Dr
Houston, TX 77018

Funding Circle USA Inc
PO Box 398383
San Francisco, CA 94139-8383

Gary D. Fidler
GREEN FIDLER & CHAPLAN LLP
2719 Wilshire Blvd 2nd Fl
Santa Monica, CA 90403

Hitachi Capital America Corp
7808 Creekridge Circle Ste 250
Minneapolis, MN 55439

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jamie Bynum
1653 Roywood Dr.
Lancaster, CA 93535-6731

Joseph Hwansik Chung
c/o Steven C Kim
3701 Wilshire Blvd Ste 1040
Los Angeles, CA 90010

Kabbage
92513 Peachtree St Ste NE
Avera, GA 30803

Kabbage, Inc
PO Box 77081
Atlanta, GA 30357

JB

Kapitus
2500 Wilson Blvd
Arlington, VA 22201


Lamar Central Outdoor LLC
c/o Stream, Kim, Hicks, Wrage & Alfaro
3403 Tenth St Ste 700
Riverside, CA 92501


Lien Sollutions
2929 Allen Parkway Ste 3300
Houston, TX 77019


LoanMe Inc
1900 S State College Blvd Ste 300
Anaheim, CA 92806


Mount Pleasant Capital LLC
103 H. Meadows Dr Ste 215
Wexford, PA 15090


National Funding Inc
9820 Towne Center Dr
San Diego, CA 92121


NCS UCC Services Group
PO Box 24101
Cleveland, OH 44124


Pawnee Leasing Corporation
3801 Automation Way
Fort Collins, CO 80525

Payette Financial Services LLC
202 N 9th St Ste 300
Boise, ID 83702


Recovery Solutions Group
1008 Mattlind Way
Milford, DE 19963


Small Town Advance
1608 S Ashland Ave Ste 35697
Chicago, IL 60608


Strategic Funding
1501 Broadway Ste 1515
New York, NY 10036


Strategic Funding Source Inc
c/o Mortgage Recovery Law Group LLP
550 North Brand Blvd Ste 1100
Glendale, CA 91203


Strategic Funding Source, Inc.
dba Kapitus Attn General Counsel
120 West 45th St 4th Fl
New York, NY 10036


US Foods Inc
9399 West Higgins Rd
Des Plaines, IL 60018